UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEAT AND FROST INSULATORS<br>LOCAL NO. 33 HEALTH FUND, ET AL.,<br>    Plaintiffs,<br><br>    v.<br><br>AARON INSULATION, INC., ET AL,<br>    Defendants. | No. 3:10cv655(SRU) |

## RULING AND ORDER ON CONSENT

Kevin Cwikla, Peter Gallo, William Raffile, Michael O'Sullivan, Peter Karas, William Mahoney, Gary S. Devoe, Thomas Langan, and Paul Camara, Trustees of the Heat and Frost Insulators Local No. 33 Health Fund, the Heat and Frost Insulators Local No. 33 Pension Fund and the Heat and Frost Insulators Local No. 33 Annuity Fund (collectively, "the Funds"), and the International Associate of Heat and Frost Insulators and the Allied Workers Local Union No. 33 ("the Union"), have filed a complaint (doc. # 1) against Aaron Insulation, Inc. and David Demarco.

The plaintiffs have also filed a motion for prejudgment remedy (doc. #6). At a hearing on May 14, 2010, following an order to show cause (doc. # 7), the parties reached an agreement that was stipulated to on the record.

Accordingly, I find that there is probable cause that a judgment will be rendered in favor of the Plaintiff Funds in the amount of at least three-hundred twenty-five thousand dollars ($325,000), and that there is probable cause that a judgment will be rendered in favor of the Plaintiff Union in the amount of at least twenty-five thousand dollars ($25,000), taking into account all defenses, set-offs and counterclaims. Accordingly, the plaintiffs' Application for a Prejudgment Remedy (doc. # 6) is **GRANTED** against Defendant Aaron Insulation, Inc. in the

amount of three-hundred and fifty thousand dollars ($350,000).

It is so ordered.

Dated at Bridgeport, Connecticut, this 17th day of May 2010.

      /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge